VIVAS NV0003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | | |
|---|---|---|
| IN RE: HOPE FRANCINE VIVAS | : | CHAPTER: 7 |
| ARTURO VIVAS | : | |
| AKA:HOPE VIVAS | : | |
| | : | BANKRUPTCY NO: 09-11056 |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent is:

**ECAST SETTLEMENT CORPORATION
POB 35480
Newark NJ 07193-5480**

By:  /s/Gilbert B. Weisman
        Gilbert B Weisman Esquire PA59872
        Attorney/Agent for creditor
        POB 3001
        MALVERN PA 19355-0701
        PHONE:   (610) 644-7800
        FAX  :   (610) 993-8493
        EMAIL:   notices@becket-lee.com

        DATE: February 24, 2009

PET: 01/27/2009

EF1-GEJ