VIVAS NV0006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | | |
|---|---|---|
| IN RE: HOPE VIVAS | : | CHAPTER: 7 |
| ARTURO VIVAS | : | |
| AKA:HOPE FRANCINE VIVAS | : | |
| | : | BANKRUPTCY NO: 09-11056 |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**AMERICAN EXPRESS CENTURION BANK**
**C/O BECKET AND LEE LLP**
**POB 3001**
**Malvern PA 19355-0701**

By:   /s/Gilbert B. Weisman
      ─────────────────────────────
      Gilbert B Weisman Esquire PA59872
      Attorney/Agent for creditor
      POB 3001
      MALVERN PA 19355-0701
      PHONE:   (610) 644-7800
      FAX  :   (610) 993-8493
      EMAIL:   notices@becket-lee.com

      DATE: February 24, 2009

PET: 01/27/2009

TRI